IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL BLACK, SR., | No. 2:20-CV-1991-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 11, for discovery. Plaintiff's motion is premature in that the action has not been deemed appropriate for service, the Court by separate order has granted Plaintiff time within which to file a first amended complaint, and to date discovery has not been opened. At such time as Defendants file an answer in this action, the Court will issue an order related to discovery. In the meantime, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: April 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE