**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARNELL BLACK, SR., | No. 2:20-CV-1991-JAM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| RALPH DIAZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 12, entitled "Prayer for Relief." In this filing, Plaintiff sets forth what appears to be requests for relief on his complaint in this action. Plaintiff's motion is denied as a free-standing motion without prejudice to setting forth his requests for relief in any first amended complaint he may file within the time permitted by separate order issued herewith.

IT IS SO ORDERED.

Dated: April 8, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1